## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY TOLBERT, | |
| **Plaintiff,** | |
| v. | Case No. 21-cv-319-NJR |
| PINCKNEYVILLE CORRECTIONAL CENTER, | |
| **Defendants.** | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Plaintiff Timothy Tolbert filed this action pursuant to 42 U.S.C. § 1983 seeking relief for deprivations of his constitutional rights. On May 11, 2021, the Court dismissed Tolbert's original Complaint for failure to state a claim (Doc. 8). Tolbert had until June 8, 2021, to file an Amended Complaint. He was warned that the case would be dismissed with prejudice if he failed to take any action by that deadline (Doc. 8, p. 3). Tolbert failed to comply with the Court's Order and, as of this date, no Amended Complaint has been filed.

The Court will not allow this matter to linger indefinitely. Accordingly, this action is **DISMISSED with prejudice**, based on Tolbert's failure to comply with the Court's Order (Doc. 8) to file a First Amended Complaint and to prosecute his claims. Fed. R. Civ. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). This shall count as a "strike" for purposes of 28 U.S.C. 1915(g).

If Tolbert wishes to appeal this Order, he must file a notice of appeal with this Court within thirty days of the entry of judgment. Fed. R. App. 4(a)(1)(A). If Tolbert does choose to appeal, he will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. *See* Fed. R. App. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien*, 133 F.3d at 467. He must list each of the issues he intends to appeal in the notice of appeal and his motion for leave to appeal *in forma pauperis. See* Fed. R. App. P. 24(a)(1)(C). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. Fed. R. App. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of judgment, and this 28-day deadline cannot be extended.

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:   June 17, 2021**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**